IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| XAVIER L. CRITTENDON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-00327-DII |
| | § | |
| STATE OF TEXAS HEALTH AND HUMAN SERVICES COMMISSION, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

On this date, the Court adopted United States Magistrate Judge Susan Hightower's report and recommendation concerning Plaintiff Xavier L. Crittendon's ("Crittendon") complaint pursuant to 28 U.S.C. § 1915(e). (R. & R., Dkt. 9). The Court dismissed Crittendon's complaint, (Dkt. 1), without prejudice.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on May 16, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE